UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO. 1:22-CV-59 |
| Plaintiff, | ) ) ) | JUDGE GREG N. STIVERS |
| Vs. | ) ) | |
| SAI KRISHNA HOSPITALITY LLC, | ) ) | **STIPULATION OF DISMISSAL** |
| Defendant. | ) ) ) | |

NOW COME the parties, by and through undersigned counsel, and hereby give Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(ii). Following a private settlement agreement, Plaintiff now desires the dismissal of all claims against Defendant with prejudice.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Derek Mortland


Respectfully submitted,

/s/ **Jennifer S. Rusie**
Jennifer S. Rusie

Attorney for Defendant, Sai Krishna Hospitality LLC